Case 2:11-sw-00162-EFB   Document 5   Filed 07/01/13   Page 1 of 1

FILED
JUL 01 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>8730 LEMAS ROAD<br>SACRAMENTO, CALIFORNIA 95828 | CASE NO. 2:11-SW-162<br><br>ORDER TO UNSEAL SEARCH WARRANT |
|---|---|

Upon application of the United States, and good cause being shown, prior documents in the above-captioned case, including the search warrant, application for search warrant, and affidavit, are ordered unsealed.

Dated: 7/1/13

THE HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE